IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC, § § § | |
| Plaintiff, § | Case No: |
| § | |
| vs. § | PATENT CASE |
| § | |
| ANGELSENSE, INC., § § | |
| Defendant. § § | |

## COMPLAINT

Plaintiff Social Positioning Input Systems, LLC ("Plaintiff" or "SPIS") files this Complaint against AngelSense, Inc. ("Defendant" or "AngelSense") for infringement of United States Patent No. 9,261,365 (hereinafter "the '365 Patent").

## PARTIES AND JURISDICTION

1. This is an action for patent infringement under Title 35 of the United States Code. Plaintiff is seeking injunctive relief as well as damages.

2. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes.

3. Plaintiff is a Texas limited liability company with a virtual office located at 1 East Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33301.

4. On information and belief, Defendant is a Delaware corporation with its principal office located at 30 Chapin Rd., Unit 1201, Pine Brook, New Jersey, 07058. On information and belief, Defendant may be served through its registered agent, MWE Corporate Services,

LLC, 1007 North Orange Street, 10th Floor, Wilmington, DE 19801.

5. On information and belief, this Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6. On information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in this District.

## VENUE

7. On information and belief, venue is proper in this District under 28 U.S.C. § 1400(b) because Defendant is deemed to reside in this District. Alternatively, acts of infringement are occurring in this District and Defendant has a regular and established place of business in this District.

## COUNT I
## (INFRINGEMENT OF UNITED STATES PATENT NO. 9,261,365)

8. Plaintiff incorporates paragraphs 1 through 7 herein by reference.

9. This cause of action arises under the patent laws of the United States and, in particular, under 35 U.S.C. §§ 271, *et seq*.

10. Plaintiff is the owner by assignment of the '365 Patent with sole rights to enforce the '365 Patent and sue infringers.

11. A copy of the '365 Patent, titled "Device, System and Method for Remotely Entering, Storing and Sharing Addresses for a Positional Information Device," is attached hereto as Exhibit A.

12. The '365 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

13. Upon information and belief, Defendant has infringed and continues to infringe one or more claims, including at least Claim 1, of the '365 Patent by making, using (at least by having its employees, or someone under Defendant's control, test the accused Product), importing, selling, and/or offering for sale associated hardware and software for asset locating services (e.g., AngelSense asset tracking platform, and any associated hardware, apps, or other software) ("Product") covered by at least Claim 1 of the '365 Patent. Defendant has infringed and continues to infringe the '365 patent either directly or through acts of contributory infringement or inducement in violation of 35 U.S.C. § 271.

14. The Product provides a vehicle tracking system for real-time GPS tracking of assets. A user can receive location information on a positional information device (e.g., mobile device or computer). Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.



Source: https://www.angelsense.com/agencies/

15. The Product software sends a request from a first (requesting) positional

information device (e.g., mobile device or desktop with software installed) to a server.  The request is for the real-time location (e.g., stored address) of a vehicle or vehicles, and includes a first identifier of the requesting positional information device (e.g., user ID and password for the Product software used in the particular enterprise).  The request is sent to the Product server for transmitting the vehicle location. The server receives the at least one address from a second (sending) positional information device at the vehicle.  Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.




Source: https://www.angelsense.com/autism-tracker/
Source: https://www.angelsense.com/help/tracking-range/



Source: https://www.angelsense.com/help/logging-into-app/
Source: https://www.youtube.com/watch?v=x0GDYWLbVfk

16. The at least one address is received from the server at the requesting positional information device. For example the Product's server transmits the position of an asset (at least one address) to the requesting positional information device. Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.



Source: https://www.angelsense.com/autism-tracker/

1. Monitor your child's whereabouts
See your child's real-time schedule right on your Smartphone. The schedule is generated automatically on a daily basis.

2. Get real-time notifications about possible threats
Get notified immediately if your child steers from their planned route, and act fast.

Source: https://play.google.com/store/apps/details?id=com.angelsense.mobile&hl=en_IN&gl=US

# Tracking Range

There is no limit to the tracking range. AngelSense will work anywhere there is cellular coverage.

The device requires cellular coverage in order to provide accurate GPS location tracking on the app.

Our device works with AT&T and T-Mobile for use anywhere in the US and for international service, it is compatible with all major networks in Canada and the UK.

All you need to access the AngelSense App is an internet/data connection from your Smartphone, tablet, or PC.

Source: https://www.angelsense.com/help/tracking-range/

17. A second identifier for the second (sending) positional information device is determined based on the first identifier and the server retrieves the at least one address stored in the at least one sending positional information device. The Product application installed on the

requesting positional information device requests (from the server) the vehicle's GPS location (i.e., at least one stored address stored). As shown above, before activating the tracker (i.e., the sending positional information device), a unique tracking device's ID number (i.e., second identifier) needs to be added to the user's account identified by the user login ID and password (i.e., the first identifier). Hence, the tracker device's ID number (i.e., second identifier) is mapped to the user's login ID (i.e., the first identifier) for tracking the real-time location (i.e., at least one stored address stored) of the vehicle. Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.



Source: https://www.angelsense.com/blog/angelsense-app-gps-tracking-for-autism-special-needs/




Source: https://www.angelsense.com/help/logging-into-app/
Source: https://www.youtube.com/watch?v=x0GDYWLbVfk

18.     Defendant's actions complained of herein will continue unless Defendant is enjoined by this court.

19.     Defendant's actions complained of herein are causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

20.     Plaintiff is in compliance with 35 U.S.C. § 287.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff asks the Court to:

(a)     Enter judgment for Plaintiff on this Complaint on all causes of action asserted herein;

(b)     Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receive notice of the order from further infringement of United States Patent No. 9,261,365 (or, in the alternative, awarding Plaintiff a running royalty from the time of judgment going forward);

(c)     Award Plaintiff damages resulting from Defendant's infringement in accordance

with 35 U.S.C. § 284;

      (d)    Award Plaintiff pre-judgment and post-judgment interest and costs; and

      (e)    Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: April 7, 2021                     Respectfully submitted,

>*/s/ Jay Johnson*
>**JAY JOHNSON**
>State Bar No. 24067322
>**D. BRADLEY KIZZIA**
>State Bar No. 11547550
>**KIZZIA JOHNSON, PLLC**
>1910 Pacific Ave., Suite 13000
>Dallas, Texas 75201
>(214) 451-0164
>Fax: (214) 451-0165
>jay@kjpllc.com
>bkizzia@kjpllc.com
>**ATTORNEYS FOR PLAINTIFF**
>
>
>*/s/ Mark A. Kriegel*
>**MARK A. KRIEGEL**
>State Bar No. 01780-2000
>**LAW OFFICE OF MARK A. KRIEGEL, LLC**
>1479 Pennington Rd.
>Ewing, NJ 08618
>(609) 883-5133
>Fax: (609) 450-7237
>mkriegel@kriegellaw.com
>**ATTORNEY FOR PLAINTIFF**

# EXHIBIT A