IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| **SOCIAL POSITIONING INPUT SYSTEMS, LLC,**<br><br>　　　　　　Plaintiff,<br>　v.<br><br>**ANGELSENSE, INC.,**<br><br>　　　　　　Defendant. | C.A. 2:21-CV-08563-JMV-MAH<br><br>NOTICE OF MOTION TO DISMISS<br><br>Oral Argument Requested |

　　　　　　　　　　　　　　　　　　　Michael T. Zoppo
　　　　　　　　　　　　　　　　　　　New Jersey Bar No. (016292204)
　　　　　　　　　　　　　　　　　　　FISH & RICHARDSON P.C.
　　　　　　　　　　　　　　　　　　　7 Times Square, 20th Floor
　　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　　(212)765-5070 (Telephone)
　　　　　　　　　　　　　　　　　　　(212) 258-2291(Facsimile)
　　　　　　　　　　　　　　　　　　　zoppo@fr.com

　　　　　　　　　　　　　　　　　　　Neil J. McNabnay (*pro hac vice* pending)
　　　　　　　　　　　　　　　　　　　mcnabnay@fr.com
　　　　　　　　　　　　　　　　　　　Ricardo J. Bonilla (*pro hac vice* pending)
　　　　　　　　　　　　　　　　　　　rbonilla@fr.com
　　　　　　　　　　　　　　　　　　　Noel Chakkalakal (*pro hac vice* pending)
　　　　　　　　　　　　　　　　　　　chakkalakal@fr.com
　　　　　　　　　　　　　　　　　　　FISH & RICHARDSON P.C.
　　　　　　　　　　　　　　　　　　　1717 Main Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　　(214) 747-5070 (Telephone)
　　　　　　　　　　　　　　　　　　　(214) 747-2091 (Facsimile)

　　　　　　　　　　　　　　　　　　　***ATTORNEYS FOR DEFENDANT***
　　　　　　　　　　　　　　　　　　　***ANGELSENSE, INC.***

　　**PLEASE TAKE NOTICE** that on July 30, 2021, or at such time designated by the Court, Defendant AngelSense, Inc. ("AngelSense") through their undersigned counsel, will move the Honorable John Michael Vazquez, at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey

for an order granting AngelSense's Motion to Dismiss Plaintiff Social Positioning Input Systems, LLC's ("Social Positioning['s]") Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and 35 U.S.C. § 101.

**PLEASE TAKE FURTHER NOTICE** that, in support of their motion, AngelSense relies upon the accompanying Memorandum of Law together with all pleadings and proceedings on file in this matter.

**PLEASE TAKE FURTHER NOTICE** that AngelSense respectfully requests oral argument and has submitted a proposed form of order herewith.

Dated: July 6, 2021

By: */s/ Michael T. Zoppo*
Michael T. Zoppo
New Jersey Bar No. (016292204)
FISH & RICHARDSON P.C.
7 Times Square, 20th Floor
New York, NY 10036
(212)765-5070 (Telephone)
(212) 258-2291(Facsimile)
zoppo@fr.com

Neil J. McNabnay (*pro hac vice* pending)
mcnabnay@fr.com
Ricardo J. Bonilla (*pro hac vice* pending)
rbonilla@fr.com
Noel Chakkalakal (*pro hac vice* pending)
chakkalakal@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

***ATTORNEYS FOR DEFENDANT ANGELSENSE, INC.***

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served pursuant to Fed. R. Civ. P. 5(b) with a copy of this document via the Court's CM/ECF system.

Date: July 6, 2021

/s/*Michael T. Zoppo*
Michael T. Zoppo

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC,<br><br>Plaintiff,<br>v.<br><br>ANGELSENSE, INC.,<br><br>Defendant. | C.A. 2:21-CV-08563-JMV-MAH<br><br>NOTICE OF MOTION TO DISMISS<br><br>Oral Argument Requested |

**THIS MATTER** having come before the Court on Defendants AngelSense, Inc.'s ("AngelSense['s]") Motion to Dismiss for Failure to State a Claim of Plaintiff Social Positioning Input System, LLC's ("Social Positioning['s]") complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), and the Court having reviewed and considered the parties' arguments and submissions, and for good cause having been shown,

IT IS on this _____ day of _____, 2021,

**ORDERED** that AngelSense's Motion to Dismiss for Failure to State a Claim is **GRANTED**.

 

_____
Honorable John Michael Vazquez
United States District Judge