**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **SOCIAL POSITIONING INPUT SYSTEMS, LLC,**<br><br>  **Plaintiff,**<br><br> **v.**<br><br>**ANGELSENSE, INC.,**<br><br>  **Defendant.** | **CASE No.: 2:21-cv-08563-JMV-MAH** |

### JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Social Positioning Input Systems, LLC, and Defendant Angelsense, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1.      All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all counter-claims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2.      Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

Dated: July 19, 2021                          Respectfully Submitted,

                                              /s/ Mark A. Kriegel
                                              **MARK AARON KRIEGEL**
                                              Law Office of Mark A. Kriegel, LLC
                                              1479 Pennington Rd.
                                              Ewing, NJ 08618
                                              609-883-5133
                                              mkriegel@kriegellaw.com

                                              **ATTORNEYS FOR PLAINTIFF**

                                              By: /s/ Michael T. Zoppo
                                              Michael T. Zoppo (016292204)
                                              7 Times Square, 20th Floor
                                              New York, New York 10036
                                              Tel: (212) 765-5070
                                              Fax: (212) 258-2291
                                              zoppo@fr.com

                                              Neil J. McNabnay (*pro hac vice*
                                              forthcoming)
                                              Ricardo J. Bonilla (*pro hac vice*
                                              forthcoming)
                                              Michael A. Vincent (*pro hac vice*
                                              forthcoming)
                                              1717 Main Street, Suite 5000
                                              Dallas, Texas 75201
                                              (214) 747-5070 (Telephone)
                                              (214) 747-2091 (Facsimile)
                                              macnabnay@fr.com
                                              rbonilla@fr.com
                                              vincent@fr.com

                                              **COUNSEL FOR DEFENDANT**


## CERTIFICATE OF SERVICE

        I hereby certify that on July 19, 2021, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

                                              /s/ Mark A. Kriegel
                                              MARK AARON KRIEGEL

SO ORDERED this _____21st_____ day of _____July_____, 2021.

_____

**UNITED STATES DISTRICT JUDGE**